SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**ALEXIS A. LIEN, OSB #110569**
Assistant United States Attorney
alexis.lien@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1000

*Counsel for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA,**
***ex rel.* J. BRYAN QUESENBERRY,**

**Plaintiff-Relator,**

**v.**

**EEK, INC.; GOOD GARDENS, LLC; and VLF MANAGEMENT, LLC,**

**Defendants.**

**Case No.: 3:23-cv-00438-AN**

**THE UNITED STATES' NOTICE OF ELECTION TO INTERVENE FOR SETTLEMENT PURPOSES**

**FILED UNDER SEAL**
Pursuant to the False Claims Act,
31 U.S.C. §§ 3730(b)(2) and (3)

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its election to intervene in this action against all Defendants for settlement purposes. The United States and the Relator have reached settlements with each of the Defendants and all parties have fully executed their respective settlement agreements. However, two of the three defendants have outstanding items before the settlement agreements can be fully effectuated.

First, Defendant VLF Management, LLC, is under a receivership and the United States is awaiting action by the state bankruptcy court to fully effectuate the settlement agreement. The executed settlement agreement was filed with the bankruptcy court on December 10, 2025, no objections were filed by the deadline to do so on December 24, 2025, and receiver's counsel submitted a proposed order entering the settlement agreement with the court. Receiver's counsel recently inquired with the court and was informed that the order should be processed soon, but no order has yet been received and accordingly the executed settlement agreement's effective date has not yet been triggered. Second, as to Defendant Good Gardens, LLC, the United States is awaiting Defendant's execution of a notarized promissory note outlining the payment schedule incorporated by reference in the signed settlement agreement.

Upon completion of these remaining steps, the United States and the Relator will file a Joint Stipulation of Dismissal as to this Action. Accordingly, the United States requests that it be granted thirty days, through and including March 16, 2026, to file its Joint Stipulation of Dismissal with Relator, or, in the alternative, to file a Status Report addressing any further delay in fully executing the necessary settlement documents.

The United States requests that the Relator's Complaint and Amended Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

DATED: February 13, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Alexis A. Lien*
**ALEXIS A. LIEN OSB #110569**
Assistant United States Attorney