SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**ALEXIS A. LIEN, OSB #110569**
Assistant United States Attorney
alexis.lien@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1000

*Counsel for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA,**
***ex rel.* J. BRYAN QUESENBERRY,**

**Plaintiff-Relator,**

**v.**

**EEK, INC.; GOOD GARDENS, LLC; and VLF MANAGEMENT, LLC,**

**Defendants.**

**Case No.: 3:23-cv-00438-AN**

**STATUS REPORT**

**FILED UNDER SEAL**
Pursuant to the False Claims Act,
31 U.S.C. §§ 3730(b)(2) and (3)

The United States, through undersigned counsel, submits this Status Report in accordance with this Court's Order of February 18, 2026 (ECF No. 28). Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notified the Court of its election to intervene in this action against all Defendants for settlement purposes on February 13, 2026 (ECF No. 27). At that time, two of the three defendants had outstanding items before the settlement agreements could

be fully effectuated

The present status of the case is as follows: First, the state court approved the settlement agreement with Defendant VLF Management, LLC, which is currently under receivership. The order approving the settlement was docketed on March 6, 2026. Defendant is preparing to make the settlement payment in this matter in full; however, the payment has not yet been made. Second, as to Defendant Good Gardens, LLC, the United States is still awaiting Defendant's execution of a notarized promissory note outlining the payment schedule incorporated by reference in the signed settlement agreement.

Upon completion of these remaining steps, the United States and the Relator will file a Joint Stipulation of Dismissal as to this Action. Accordingly, the United States requests that it be granted an additional thirty days, through and including April 15, 2026, to file its Joint Stipulation of Dismissal with Relator, or, in the alternative, to file a Status Report addressing any further delay in fully executing the necessary settlement documents.

DATED: March 16, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Alexis A. Lien*
**ALEXIS A. LIEN OSB #110569**
Assistant United States Attorney