IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA ex rel. BRYAN QUESENBERRY,

Plaintiffs,

v.

EEK, INC.; GOOD GARDENS, LLC; and VLF MANAGEMENT, LLC,

Defendants.

Case No.: 3:23-cv-00438-AN

JUDGMENT

Based on the United States' Joint Stipulation of Dismissal, ECF 31, the Court finds the United States and Relator Bryan Quesenberry have settled this case with all defendants; the Relator stipulates that the settlements are fair, adequate, and reasonable pursuant to 31 U.S.C. § 3730(c)(2)(B); and, because defendants have not appeared or otherwise provided a responsive pleading in this case, the United States and Relator are entitled to dismiss the action without a court order under Federal Rule of Civil Procedure 41(a)(1)(A). Accordingly,

IT IS ORDERED and ADJUDGED that:

1. All claims against all defendants are dismissed with prejudice as to the Relator Bryan Quesenberry;
2. All claims in this action against defendant VLF Management, LLC are dismissed with prejudice as to the United States insofar as those claims fall within the meaning of "Covered Conduct" as defined in the Parties' Settlement Agreement, and otherwise without prejudice as to any other claims;
3. All claims in this action against defendants Good Gardens, LLC and EEK, Inc. are dismissed without prejudice as to the United States;

4. Except otherwise provided in the settlement agreements, all parties shall bear their own costs; and

5. All currently sealed contents of the Court's file in this action shall remain under seal.

DATED this 9th day of April, 2026.

Adrienne E Nelson

Adrienne Nelson
United States District Judge